# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cv-05578-MHC *SEALED*
## Anagram International, LLC v. All Defendants Listed in Schedule A
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 10/26/2026.

TIME COURT COMMENCED: 11:01 A.M.
TIME COURT CONCLUDED: 11:10 A.M.
TIME IN COURT: 00:09
OFFICE LOCATION: Atlanta

COURT REPORTER: Keisha Crump
CSO/DUSM: CSO 1
DEPUTY CLERK: Lisa Enix

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Eric Register representing Anagram International, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | A preliminary injunction hearing was held. Counsel updated the Court on the status of the temporary restraining order. Plaintiffs counsel has provided a proposed order to the Court. Order to follow. See transcript for details. |
| HEARING STATUS: | Hearing Concluded |