**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action File<br><br>No. 26-CV-5578-MHC |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE comes before the Court following a hearing on Plaintiff's Motion for Preliminary Injunction. The Court previously entered a Temporary Restraining Order against all Defendants ("TRO") on September 28, 2026. [Dkt. #10]. At the same time, by separate Order, the Court authorized Plaintiff to serve Defendants by electronic means. [Dkt. #9]. In conjunction with the TRO, the Court ordered Defendants to appear at a hearing to demonstrate good cause why a preliminary injunction should not be issued. [Dkt. #10]. By Order issued October 5, 2026, the duration of the TRO was extended until October 26, 2026, and the preliminary injunction hearing reset to Monday, October 26, 2026, at 11:00 A.M.

[Dkt. #12]. The hearing on Plaintiff's motion for a preliminary injunction was held in person in Courtroom 1905 in the United States Courthouse located at 75 Ted Turner Drive SW, Atlanta, Georgia 30303 on Monday, October 26, 2026, at 11:00 A.M., as scheduled.

All Defendants have failed to show good cause why a preliminary injunction should not be issued against them. Through the preliminary injunction hearing and Plaintiff's associated motion papers, Plaintiff has established:

a) A substantial likelihood of success on the merits of its copyright and trademark infringement claims given that:

   i) Plaintiff owns valid federal copyright registrations for the Anagram Works at issue in this action: VA 2-060-573, VA 2-185-233, VA 2-442-060, VA 2-192-097, VA 2-392-990, VA 2-317-483, VA 2-403-719, VA 2-118-018, VA 2-442-882;

   ii) Plaintiff owns a valid federal trademark registration for the ANAGRAM trademark at issue in this action, U.S. Registration No. 1,905,750;

   iii) the infringing products advertised and offered for sale by Defendants are not authorized by Plaintiff and are not genuine;

   iv) Defendants are using marks and works that are identical to or substantially indistinguishable from one or more of Plaintiff's

copyright-protected works and registered trademark (collectively "Plaintiff's IP") or colorable imitations of Plaintiff's IP in commerce on or in connection with the advertising, offering for sale, and/or sale of infringing products;

v) Defendants' use of Plaintiff's IP or colorable imitations of Plaintiff's IP on or in connection with the advertising, offering for sale, and/or sale of infringing products is likely to cause consumer confusion, mistake, or deception as to the source or origin of the infringing products;

vi) Defendants are offering for sale and selling reproductions of one or more of Plaintiff's IP, or marks or works that are derived from one of Plaintiff's IP; and

vii) Plaintiff has not authorized Defendants to reproduce, distribute, publicly display or create derivative works of any of Plaintiff's IP.

b) Plaintiff will suffer irreparable harm if the injunction does not issue in light of the rebuttable presumption of irreparable harm set forth in 15 U.S.C. § 1116(a) and, with respect to its copyright claims, the well-established principle that infringement of copyrighted works gives rise to irreparable harm. *See* 17 U.S.C. § 502(a). Moreover, the continued sale of infringing products by Defendants threatens Plaintiff with the loss of control of its

reputation and the loss of considerable goodwill it has established with consumers.

c) The balance of the harms weighs in favor of granting the injunction given that the threatened injury to Plaintiff's reputation and goodwill absent an injunction outweighs any potential financial harm that Defendants may suffer as a result of the injunction.

d) The requested injunction would serve the public interest. Avoidance of consumer confusion is always in the public interest, particularly when consumers are being misled as to the quality, source, and composition of infringing products, many of which may not comply with applicable product safety, manufacturing, or labeling requirements.

Accordingly, Plaintiff has established to the satisfaction of this Court that equitable relief in the form of a preliminary injunction is warranted, and Defendants have failed to show good cause why a preliminary injunction should not issue. Therefore, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED** as to all Defendants as follows. **Any violation of this Order may subject the violating party to sanctions, including contempt of Court**:

a) For the duration of this action or until further order of the Court, each Defendant, its officers, directors, employees, agents, subsidiaries, distributors,

and all persons in active concert or participation with any Defendant having notice of this Order are hereby ordered to:

i) cease and refrain from manufacturing, importing, advertising, offering for sale, selling, distributing, destroying (except as ordered by this Court), selling off, transferring, or otherwise disposing of any infringing products;

ii) cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods bearing Plaintiff's IP, or any confusingly similar works or marks, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

iii) cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any infringing products;

iv) cease and refrain from using Plaintiff's IP on or in connection with any virtual storefront that any Defendant may own, operate, or control on any online marketplace, including but not limited to Amazon.com, Walmart.com, and Temu.com;

v) cease and refrain from any and all use of Plaintiff's IP on any webpage (including the title of any web page), in any advertising links to other

websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serve to direct computer searches to virtual storefronts registered, owned or operated by any Defendant on any marketplace, including but not limited to Amazon.com, Walmart.com, and Temu.com; and

vi) cease and refrain from altering, disabling, closing, or transferring ownership of any virtual storefront on any online marketplace, and from creating, opening, operating, or causing or directing any third party to create, open, or operate any new virtual storefronts, seller accounts, or seller aliases on any online marketplace, during the pendency of this action or until further order of the Court.

b) For the duration of this action, each Defendant must preserve all documents and electronically stored information arising from or related to its manufacture, importation, sale, offer for sale, distribution, and advertising of infringing products, including but not limited to activity through its virtual storefronts located on the online marketplaces, including but not limited to Amazon.com, Walmart.com, and Temu.com.

c) For the duration of this action, all Financial Institutions (as defined in Plaintiff's motion) and each online marketplace on which a Defendant maintains a virtual storefront or account, including but not limited to

Amazon.com, Walmart.com, and Temu.com, that receive actual notice of this Order shall, within seven (7) days of receiving such notice, disable all listings for Infringing Products (meaning products that infringe Plaintiff's IP) associated with each Defendant and provide a report to Plaintiff for each Defendant having any account with such Financial Institution or marketplace, including the legal name and e-mail address of each Defendant, current account balances, sales information (including gross sales amounts, transaction dates, quantities sold, and product listing details for all transactions involving Plaintiff's IP or Infringing Products), and the identity of all financial accounts linked to or associated with each Defendant's account or Seller Alias, and shall thereafter provide updated productions of the same information within seven (7) days of Plaintiff's written request for the duration of this action.

d) Plaintiff is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to: (a) the identities and locations of Defendants, their affiliates, officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant, including all known contact information, including any and all associated e-mail addresses; and (b) the nature of Defendants' operations and all associated sales, methods of payment for

goods and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases. Plaintiff is authorized to issue any such expedited discovery requests by electronic means, including by electronic mail. Defendants shall respond to any such discovery requests within three (3) business days of being served by electronic mail.

e) Plaintiff may notify the marketplaces and Financial Institutions of this Order by electronic means, including by electronic mail.

f) Plaintiff is authorized to provide notice of this Order to Defendants, including service of this Order, notice of any future motions, and notice of any future proceedings in this action, by electronic means pursuant to Federal Rule of Civil Procedure 4(f)(3) and this Court's Order Granting Plaintiff's Motion for Authorization to Serve Process on Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3) [Dkt. #9], by electronically publishing a link to this Order and other relevant pleadings and documents on a website and by sending an e-mail with a link to said website to an e-mail address for each Defendant, as provided by the online marketplaces.

g) This Order shall remain in effect until entry of final judgment or further order of this Court.

h) This Order shall apply to Defendants, their associated virtual storefronts on the marketplaces, including but not limited to Amazon.com, Walmart.com, and Temu.com, and any other websites, domain names, seller identification names, e-commerce stores, or Financial Institution accounts which are being used by Defendants, their officers, agents, employees, attorneys, and all persons in active concert or participation with any of them, for the purpose of advertising, offering for sale, and selling any infringing products at issue in this action and/or unfairly competing with Plaintiff.

i) It is further **ORDERED** that the Order to Seal (Dkt. 8) is lifted and the Clerk of Court is hereby **DIRECTED** to unseal all documents previously filed under seal in this case.

j) The Court's previously issued Temporary Restraining Order [Dkt. #10] is dissolved and is replaced by this Preliminary Injunction Order, which is hereafter in effect.

**IT IS SO ORDERED** this 26th day of October, 2026.

Mark H. Cohen

**MARK H. COHEN**
**UNITED STATES DISTRICT JUDGE**

## SCHEDULE A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | ABHI CLUB | Amazon | A1ACMVGK49XCQO |
| 2 | Ananle-Joy | Amazon | A16QD0GUEKIIQA |
| 3 | ASHUTOSH PAL | Amazon | A3NJ1NTLSI0QYE |
| 4 | AYQNMHR | Amazon | AWR5S99G33STW |
| 5 | BAIPUDAISHMA | Amazon | A8LEH0SRLPE15 |
| 6 | BELLALULU | Amazon | AN0ZCIABVN043 |
| 7 | BKDUO | Amazon | A2OMFUS963JJO1 |
| 8 | Boopati | Amazon | A29KHHE40EXTZD |
| 9 | BORAMDO US | Amazon | A6PWOF9N71MCG |
| 10 | CYMYLARSTORE | Amazon | A7OUQ6M12LAUE |
| 11 | DBKL | Amazon | AI80PRGG1GGMZ |
| 12 | Erlne | Amazon | A3N585FN2FVMA5 |
| 13 | FXKJUS | Amazon | A1R8QN6HM626RS |
| 14 | GOKAKIE | Amazon | A1DX1JETEX2P03 |
| 15 | HD KATARIA STORE | Amazon | A1WSAI5OI5CHCW |
| 16 | Hongtu Decorations | Amazon | A3VR57ZJ17LZA7 |
| 17 | Jiancheng's Store | Amazon | A1QKZOVKN0XOMQ |
| 18 | Jovialitix | Amazon | A345U6A0OBPG91 |
| 19 | Joybelling | Amazon | A3QGU7UBYWGGJA |
| 20 | KHUSHI Company | Amazon | A112SGWBRMBVFT |
| 21 | Kitchen Store | Amazon | A2M3O03YYJ5UWR |
| 22 | LEBERY | Amazon | A3FESA8GVUGG41 |
| 23 | mingjiaoyu | Amazon | A3E14344X272BJ |
| 24 | NBjiuyin | Amazon | A22PTU9CR9WNAY |
| 25 | Nosleeping | Amazon | A1FRUTFIXIQX12 |
| 26 | Pandey Emporium | Amazon | A2QUDU3TWG0WI0 |
| 27 | Pantipinky | Amazon | A1JRD80CIB1085 |
| 28 | Phocis | Amazon | ALE0UWG2HS6UZ |
| 29 | Puredecor | Amazon | A2K66GO1KZFGT1 |
| 30 | qinglongzhenyibaihuo | Amazon | A1IJAI741GX5H6 |
| 31 | R K Cart | Amazon | A1RQ6RD5N6NND |
| 32 | Ritik Stall | Amazon | A1MC9HI2H6VFMX |
| 33 | ROCHU | Amazon | A2URCJA67QD28N |
| 34 | RONBO Store | Amazon | A2YVK22LGYOLUW |
| 35 | S xb | Amazon | ADVHS8SXUNZ6R |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 36 | Shenzhen Xifuguang Trading Co., Ltd. | Amazon | AVPQL4JVCH6G7 |
| 37 | SHUBH GOYAL HOUSE | Amazon | AJN6TUXQ9E4RN |
| 38 | STAWINK | Amazon | A9TLONO52F5IP |
| 39 | Sycee | Amazon | A2HGQZBL9FX7KC |
| 40 | TARUN GOYAL MART | Amazon | A3T3PM9VACAA6B |
| 41 | Third Goddess | Amazon | A2R52TUU1UR6NV |
| 42 | Tongpeacun | Amazon | AVGP32SMZSIX5 |
| 43 | TONGYONGKEJI | Amazon | AO4BZKUVQ03JV |
| 44 | tronlife | Amazon | A2WZBV8FAOUP4U |
| 45 | Tsangbaby-US | Amazon | A3GVN245KHFDLV |
| 46 | Undertree Technology | Amazon | A2E1JM89GWNFLZ |
| 47 | VERMA EXPO. | Amazon | A28PCVL7H9T0D0 |
| 48 | VibrantNest. | Amazon | A1JPT06WLKTCOI |
| 49 | WinFortune Direct | Amazon | A2TPAM39BAKQG3 |
| 50 | Wow-wow party | Amazon | A23PFA6TB4SCQ2 |
| 51 | xiexinzhuo | Amazon | A2STL7VZUQKEAR |
| 52 | XuanAn | Amazon | A17LX2ZH2HL7LU |
| 53 | Yanjiaodc | Amazon | A25KHA8NPABIEM |
| 54 | Yash Enterprises../ | Amazon | A6ES1X88FXLK0 |
| 55 | yi wu shi xin yang san ye you xian gong si | Amazon | A2L4E65DQKAQ9C |
| 56 | Ysqool-US | Amazon | A3F4S5NK0K35LG |
| 57 | Yujiansz | Amazon | A31RC3B0A2ZLXK |
| 58 | Z J B | Amazon | A3MWTGFZIJEN7T |
| 59 | Zhihyun | Amazon | A3JBEWAGNSXNHO |
| 60 | ajkhsah | Walmart | 102839395 |
| 61 | Facetinue Beauty | Walmart | 102841177 |
| 62 | Fufafayo Clearance | Walmart | 102497607 |
| 63 | jicosu69 | Walmart | 102777908 |
| 64 | Leeye Daily Looks | Walmart | 102913616 |
| 65 | LLmio | Walmart | 103206743 |
| 66 | LUODING | Walmart | 101212815 |
| 67 | Mai Phuong | Walmart | 102742171 |
| 68 | MELORDY | Walmart | 101174542 |
| 69 | minshukeji | Walmart | 102818481 |
| 70 | mjdvsol | Walmart | 102769457 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 71 | NB Grocery | Walmart | 102742564 |
| 72 | Partheme | Walmart | 102800854 |
| 73 | qinchunyan | Walmart | 103087434 |
| 74 | QingHongZeng | Walmart | 102850419 |
| 75 | TEPgvh | Walmart | 103049641 |
| 76 | Toufu Co.ltd | Walmart | 101281620 |
| 77 | TSF Home Haven | Walmart | 102656859 |
| 78 | VAULT STORE | Walmart | 102866849 |
| 79 | Z ZING | Walmart | 103090429 |
| 80 | Zanfu Co.ltd | Walmart | 102485540 |
| 81 | Zhlili | Walmart | 103142523 |
| 82 | Beautiful days A | Temu | 634418229710706 |
| 83 | BEAUTIFULROSE | Temu | 634418226748078 |
| 84 | DewMaple | Temu | 634418226918096 |
| 85 | Fafacaii | Temu | 634418220675875 |
| 86 | Friy | Temu | 634418224598996 |
| 87 | Heart Home Goods | Temu | 634418229470925 |
| 88 | hiej | Temu | 634418228050438 |
| 89 | LYYYBH | Temu | 634418229815492 |
| 90 | Novo CR | Temu | 634418227238520 |
| 91 | QICHANGGUOB | Temu | 634418226892925 |
| 92 | SHANGKAOJIA | Temu | 634418216023706 |
| 93 | Simpjy Goods | Temu | 634418228449089 |
| 94 | StickerGalaxy | Temu | 634418223874993 |
| 95 | summer kong | Temu | 634418211983524 |
| 96 | Techsale | Temu | 634418217068646 |
| 97 | Upward Together | Temu | 634418229922881 |
| 98 | WAYAOYAO | Temu | 634418225396530 |
| 99 | ZWYSHOP | Temu | 634418226591381 |
| 100 | Sweet Balloons | Temu | 634418212243736 |